Verification of Creditor Mailing List - (Rev. 10/05)                                            2005 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

| | |
|---|---|
| Name | **Gary Harre, Esq.** |
| Address | **8700 Warner Ave., Suite 200 Fountain Valley, CA 92708** |
| Telephone | **714-907-4182 Fax: 714-907-4175** |

☒ Attorney for Debtor(s)
☐ Debtor in Pro Per

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| List all names including trade names used by Debtor(s) within last 8 years: **Judith C Hochfield** AKA Judy C Fields; AKA J. C. Mills; AKA J. C. Fields; AKA Judy C. Mills | Case No.: |
|---|---|
| | Chapter: **13** |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __1__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: **March 7, 2011**    **/s/ Judith C Hochfield**
   **Judith C Hochfield**
   Signature of Debtor

Date: **March 7, 2011**    **/s/ Gary Harre, Esq.**
   Signature of Attorney
   **Gary Harre, Esq.**
   **GLOBAL CAPITAL LAW**
   **8700 Warner Ave., Suite 200**
   **Fountain Valley, CA 92708**
   **714-907-4182   Fax: 714-907-4175**